UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARELY NICOLLE MONCADA ALANIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>BAY PROMO, LLC,<br><br>    Defendant. | Case No: 1:20-CV-12050 RGS |

## PLAINTIFF'S NOTICE OF APPEAL

The plaintiff, Arely Nicolle Moncada Alaniz, hereby appeals the Judgment entered in this action on December 13, 2023 to the United States Court of Appeals for the First Circuit.

Dated this 5th day of January, 2024

ARELY NICOLLE MONCADA ALANIZ.,
By its attorney,

/s/ *Charles G. Devine, Jr.*
Charles G. Devine, Jr.
BBO # 548053
DEVINE BARROWS, LLP
40 Washington Street, Suite 200
Wellesley, MA 02481
(617) 723-8988
cdevine@devinebarrowslaw.com

**Certificate of Service**

I hereby certify that this document has been sent electronically to the registered participants as identified on the Efile system on January 5, 2024.

/s/ *Charles G. Devine, Jr.*
Charles G. Devine, Jr.